UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 1:21-CR-00358-EGS |
| v. | : | |
| | : | |
| HOWARD BERTON ADAMS, | : | |
| | : | |
| Defendant. | : | |

MOTION TO ALLOW WITHDRAWAL OF COUNSEL

TO THE HONORABLE EMMET G. SULLIVAN:

Pursuant to LCrR 44.5(c), Counsel for the Defendant in the above styled and numbered cause, Howard Adams, respectfully moves the Court for an order permitting Jeremy J. Buckmaster, Brian A. Cantrell, and Charles Haskell to withdraw as attorney of record. In support of this Motion, the undersigned, state as follows:

1. An impasse has been reached in the handling of the case, making it impossible for the Defendant and counsel to continue to work cooperatively on the case.

2. The Defendant has requested counsel to withdraw, making it impossible for counsel to represent the interests of the Defendant.

3. The Defendant would like to move forward in this case *Pro Se*.

4. The Defendant will not be prejudiced if counsel is permitted to withdraw.

5. Counsel for the Defendant conferred with Assistant United States Attorney, Michael Liebman, about this motion on June 13, 2022. The government does not object to this motion.

Wherefore, counsel for Howard Adams respectfully requests that this motion be granted in its entirety.

Respectfully Submitted,

/s/ Jeremy J. Buckmaster
Jeremy J. Buckmaster
Attorney in Charge
Florida Bar Number: 551376
Buckmaster and Ellzey
200 Magnolia Avenue
Daytona Beach, FL 32114
Telephone: (386) 257-0606
Fax: (386) 257-0885


/s/ Brian A. Cantrell
Brian A. Cantrell
Florida Bar Number: 84928
Buckmaster and Ellzey
200 Magnolia Avenue
Daytona Beach, FL 32114
Telephone: (386) 257-0606
Fax: (386) 257-0885


/s/ Charles Haskell
Charles Haskell
District of Columbia State Bar Number: 888304007
641 Indiana Avenue NW, Washington, District of Columbia, 20004
Telephone: (202) 888-2728

Attorneys for the Defendant,
Howard Adams

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant Howard Adams' Motion to Allow

Withdrawal of Counsel was served on Defendant at his last known address, hand delivered to Defendant, and by portal to Michael Liebman, Assistant United States Attorney on the 15th day of June, 2022.

                                                /s/ Jeremy J. Buckmaster
                                                Jeremy J. Buckmaster

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 1:21-CR-00358-EGS |
| **v.** : | |
| : | |
| **HOWARD BERTON ADAMS,** : | |
| : | |
| **Defendant.** : | |

**[PROPOSED] ORDER ON DEFENDANT HOWARD ADAMS'
MOTION TO ALLOW WITHDRAWAL OF COUNSEL**

Defendant Howard Adams' Motion to Allow Withdrawal of Counsel is hereby:

_____        GRANTED

_____        DENIED

Signed in Chambers, District of Columbia on this the \_\_\_\_\_ day of _____, 2022.

_____
Emmet G. Sullivan
United States District Judge