Leave to file GRANTED.
/s/_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
Dated: 8/25/2022

August 14, 2022

Honorable Emmet G. Sullivan
United States District Court
for the District of Columbia

Dear Judge Sullivan,

Concerning Case No. 1:21-cr-00358-EGS

As a "friend of the Court" I, the living man Howard Berton Adams, Jr.©, move the Court to dismiss all charges in the case UNITED STATES OF AMERICA v. HOWARD B. ADAMS, in consideration of the following:

1) The Most High God created I, Howard Berton Adams, Jr.©, a **sovereign man**, **living**, as the **flesh & blood testifies**, I am not a dead entity, I am not a ward of the state. I am not a pauper.

I **am** an **American State National**, on the **Land and Soil** Jurisdiction.

I **do not consent** to being governed by THE UNITED STATES OF AMERICA, INC. (Dunn & Bradstreet #096226982) a **for profit** corporation, among other corporations acting as government.

I **am not** an employee or resident of THE UNITED STATES OF AMERICA, INC., United States Government, Inc., City of Washington, Inc. or District of Columbia, Inc.

I **am not** a **corporation, I do not stand under statutes** of THE UNITED STATES OF AMERICA, INC.

I am an "American State National". (see attachment #1)

Please produce any **contracts** you have with Howard Berton Adams, Jr.©.

I have **trespassed no man**. I have **done no harm**.

> **State National** is a political status recognized by United States Code:
> Federal Code 8 USC 1101(a)21 – The term "State National" means a person owing permanent allegiance to a state.
>
> Bond vs. UNITED STATES 529 US 334 (2000)
> In 2000 the Supreme Court held that the American people are in fact sovereign and not the STATES or the government. The court went on to define that local state and federal law enforcement officers were committing unlawful actions against the sovereign people by the enforcement of the laws and are personally liable for their actions.

Page 1 of 6

2) THE UNITED STATES GOVERNMENT is a for profit corporation (Dunn & Bradstreet #052714196). District of Columbia is a for profit corporation (Dunn & Bradstreet #949056860), City of Washington is a corporation (Dunn & Bradstreet #073010550)  The corporate government has multiple other corporations including the DOJ (D&B #011669674), FBI (D&B#878865674), IRS (D&B#040539587), and the list goes on. All calling themselves government but, in fact, are corporations.

> Title 28 USC 3002, Section 15 (A), " United States" is a Federal Corporation, not a government, including the Judicial Procedural Section.

> 1943 Supreme Court Case, Clearfield Trust Co. v. United States, 318 US 363-371. Corpus Juris Secundum (CJS) 91 CJS United States sec. 4 ".....when the United States enters into commercial business it abandons its sovereign capacity and is to be treated like any other corporation."

> The Clearfield Doctrine is explicit. The corporation registered and known as THE CITY OF BOISE CITY is listed as a "CORPORATION" in the IDAHO SECRETARY OF STATE'S BUSINESS ENTITY database and is, therefore, "an entity entirely separate from government." Notwithstanding any other Idaho Code section that is also superseded by Federal law, the alleged officers are NOT even employees of the "governmental entity".

> **Porter v. State , 391 N.E.2d 801, 808-809.** "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation" -- **U.S. v. Burr, 309 U.S. 242  See: 22 U.S.C.A.286e, Bank of U.S. vs. Planters Bank of Georgia, 6L, Ed. (9 Wheat) 244;  22 U.S.C.A. 286 et seq., C.R.S. 11-60-103**

3) Statutes, rules, regulations and codes are NOT laws. They are corporate bylaws and are only enforceable on employees of the corporation.

> A 'Statute' is not a Law," (Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 Sold 244, 248), A "Code' is not a Law," (In Re Self v Rhay Wn 2d 261), in point of fact in Law,
> A concurrent or 'joint resolution of legislature is not "Law," (Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705, 707; Ward v State, 176 Old. 368, 56 P.2d 136, 137; State ex rel. Todd. v. Yelle, 7 Wash.2d 443, 110 P.2d 162, 165).

> STATUTE. [Blacks law 4th edition] The written will of the legislature, solemnly expressed according to the forms prescribed in the constitution; an act of the legislature.
> U.S. SUPREME COURT DECISION -'The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261] US. SUPREME COURT DECISION – "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with   God's laws. All codes, rules, and regulations are unconstitutional and lacking due process…" [Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).1

4) HOWARD B. ADAMS has been charged with "violations of statutes" of the UNITED STATES OF AMERICA, INC. This is a living man being charged by a corporation, an artificial person, an abstraction and a creature of the mind only. According to the SUPREME COURT RULING in Penhallow v. Doane's Administrators, a corporation can interface only with other artificial persons.

**Penhallow v. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),**
SUPREME COURT RULING –NO CORPORATE JURISDICTION OVER THE NATURAL MAN

Supreme Court of the United States 1795, "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

**Sherer v. Cullen , 481 F 946.** We could go on, quoting court decision after court decision, however, the Constitution itself answers our question(?) Can a government legally put restrictions on the rights of the American people at anytime, for any reason? This answer is found in Article Six of the U.S. Constitution: **Miranda v. Arizona, 384 U>S> 426, 491; 86 S. Ct. 1603** "Where rights are secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them.

5) A **State National, a living man**, is under no corporate bylaws without "contract consent".

**Alexander v. Bothsworth, 1915.** "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts."

**Stock v. Medical Examiners 94 Ca 2d 751. 211 P2d 289 In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997)** "Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the structures of the statute." "The state citizen is immune from any and all government attacks and procedure, absent contract." see, **Dred Scott vs. Sanford, 60 U.S. (19 How.) 393** or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." (see attachment #2)

A **"state citizen"** can not be confused with a **"U. S. Citizen"**.
U. S. Citizen: A federal citizen, also called: a 14th Amendment citizen, a citizen of the United States, a **U. S. citizen**, a citizen of the District of Columbia, has civil rights that are almost equal to the natural rights that state Citizens have. I say almost because civil rights are created by Congress and can be taken away by Congress. Federal citizens are subjects of Congress, under their protection as a "resident" of a State, a person enfranchised to the federal government (the incorporated United States defined in Article I, section 8, clause 17 of the Constitution).
State citizens cannot be subjected to any jurisdiction of law outside the Common Law without their knowing and willing consent after full disclosure of the terms and conditions, and such consent must be under agreement/contract sealed by signature. This is because the Constitution is a compact/contract created and existing in the jurisdiction of the Common Law, therefore, any rights secured thereunder or disabilities limiting the powers of government also exist in the Common Law, and in no other jurisdiction provided for in that compact!


22 CFR 92, 12-92.31 "Foreign Relationship" requires an oath of office, and Title 8 USC 1481 states that once an oath of office is taken, citizenship is relinquished. As a result, when American Nationals are arbitrarily defined as "US citizens" and harassed by agents of the United States of America (Minor) and the UNITED STATES, INC. into acting as "Withholding Agents", "Federal Contracting Agents", or members of the Armed Forces, or as Federal Employees of any stamp, they temporarily and for as long as they continue to act "in office" lose the protections and benefits of their birthright citizenship. This "presumption of employment" is often used by the corporate administrative tribunals to defraud and abuse American Nationals who are owed all the protections of The Constitution for the united States of America and the United Nations Declaration of Human Rights.


**Conclusion:**
Howard Berton Adams, Jr.© has been addressed as a corporation, and has been charged as a corporation. This is inconsistent with any of the examples above. Howard Berton Adams, Jr.© is a **living man**, and does not stand under any corporate statutes of United States or America, Inc.

("Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this is the whole duty of man. For God shall bring every work into judgment, with every secret thing, whether it be good, or whether it be evil." Ecclesiastes 12: 13-14 KJV)


Thank you for your time and for your consideration of the above.

Sincerely,


By: Howard Berton Adams, Jr.©

**Notice to all: Nothing in this writing may be used in any way to construe a change or changes of any kind to Howard Berton Adams, Jr.©'s political status, an American State National.**

attachment #1

Recording #: _____  FI64-2022-H9H8S-BF1GS

# Declaration of Political Status

I the living man, Howard Berton Adams, Jr., affirm and declare that I have returned to my lawful birthright political status as a Georgian, and I claim my exemptions as stated in Federal Code 8 USC 1101 (a) 21.

This I declare and affirm under penalty of perjury under the public law of The United States of America.

*Howard Berton Adams, Jr. ©*

by: Howard Berton Adams, Jr. ©
All Rights Reserved
Without Prejudice

## Florida State Assembly Recording Secretary Witness

Florida
Volusia County

Today before me is the living man known to me to be Howard Berton Adams, Jr. and he did issue this Declaration of Political Status as shown and he also affirmed his testimony as shown before me this ____ day of July in the year 2022, in Witness whereof I set my Signature and Seal:

Florida Assembly Recording Secretary *by: Isa Barbara Sablon ©*

my commission expires: *End of Life*





Official Seal
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life

*Declaration of Political Status*
*page 1 of 1*

attachment #2

## MANDATORY NOTICE

Foreign Sovereign Immunities Act

Sections 1605 and 1607

NOTICE OF LIABILITY:

18 USC 2333

18 USC 1341 and 1342

This MANDATORY NOTICE is provided to all Territorial United States District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and all Municipal Appointees including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels doing business as Howard Berton Adams, Jr., Howard B. Adams, Howard B. Adams, Jr., Howard Adams, Jr., Howard Adams, HOWARD BERTON ADAMS, JR, HOWARD BERTON ADAMS, HOWARD B. ADAMS, JR, HOWARD B ADAMS, HOWARD ADAMS, JR, HOWARD ADAMS, together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: November 21, 1960 . All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since November 21, 1960.

These vessels are publishing MANDATORY NOTICE that they are Foreign Sovereigns from the Florida state of The United States of America [Unincorporated]. This is your MANDATORY NOTICE that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit; you are also hereby provided with MANDATORY NOTICE that these vessels are not subject to Territorial or Municipal United States law and are owed The Law of Peace, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this 15th day of June 2022 in Volusia County in Florida, The United States of America:

By: *Howard Berton Adams*   Howard Berton Adams, Jr.

Contact:

Adams, Jr., Howard Berton

c/o 2003 Umbrella Tree Dr.

Edgewater, Florida 32141