Leave to file GRANTED.

/s/_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
Dated: 8/25/2022

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA v. HOWARD B. ADAMS
Case no. 1:21-cr-00358-EGS

DATE: 8/17/2022

NOTICE:

COMES NOW Howard Berton Adams, Jr.© giving notice I am immediately terminating the council of Buckmaster & Ellzey, Attorneys at Law, to include Jeremy J. Buckmaster, J. David Ellzey, Brian A. Cantrell and Charles K. Haskell, Attorneys at Law for inability to mount an effective defense for Howard Berton Adams, Jr.© due to the fact that their loyalties lie with the British Accreditation Registry (the BAR).

Re: Howard Berton Adams, Jr.©'s Notice of Immediate Termination of Council

UNITED STATES OF AMERICA v. HOWARD B. ADAMS
UNITED STATES DISTRICT COURT, Case no. 1:21-cr-00358-EGS

This correspondence is being sent to inform you of the Notice of immediate termination of Council of Buckmaster & Ellzey, Attorneys at Law, to include Jeremy J. Buckmaster, J. David Ellzey, Brian A. Cantrell and Charles K. Haskell, Attorneys at Law for inability to mount an effective defense for Howard Berton Adams, Jr.© due to the fact that their loyalties lie with the British Accreditation Registry (the BAR).

Please be advised that this is effective immediately

By:_____
Howard Berton Adams, Jr.©
All Rights Reserved. Without Prejudice.

## CERTIFICATE OF SERVICE

Certificate of Service: I, Howard Berton Adams, Jr.© certify that Howard Berton Adams, Jr.© served a copy of this notice via First Class Mail on August 17, 2022.

Mailing Address for:

Council:
Buckmaster & Ellzey
200 Magnolia Avenue
Daytona Beach, Fl 32114

Prosecutor:
Michael C. Liebman
Assistant U.S. Attorney
555 4th Street, NW, room 9106
Washington, D.C. 20530

Judge:
Judge Emmett G. Sullivan
333 Constitution Avenue N.W.
Washington D.C. 20001

By: _____
c/o 2003 Umbrella Tree Dr.
Edgewater, FL 32141

STATE OF FLORIDA
COUNTY OF VOLUSIA

The foreging instrument was acknowledged before me on this 17 day of August, 2022 by Howard Berton Adams Jr, who is personally known to me or produced FL DL as identification.

Notary Signature: _____
(NOTARY SEAL)

DEANNA QUINN
Commission # GG 308611
Expires March 6, 2023
Bonded Thru Troy Fain Insurance 800-385-7019