```
          UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) 1:21-cr-00358-EGS |
| | ) |
| **HOWARD B. ADAMS,** | ) |
| | ) |
| **Defendant.** | ) |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE MOTION HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the motions hearing now scheduled for October 6, 2022, at 11:30 a.m.  The undersigned has a motions hearing in another matter set for that date at 9:30 a.m., that had been anticipated to be a non-evidentiary hearing that would not conflict with the hearing currently scheduled in this case.  However, the court in that other matter very recently advised that the government should have witnesses available for testimony.

The defense has advised that they do not oppose this motion.  The parties have consulted and can inform the Court that, should the Court grant this motion, they are available on the mornings of October 12 and 13, and any time during court hours on October 18.

A proposed Order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY


by:  /s/*Michael C. Liebman*
     Michael C. Liebman
     Assistant U.S. Attorney
     D.C. Bar no. 479562
     601 D Street, N.W., room 4-1501
     Washington, D.C.  20001
     (202) 252-7243
     michael.liebman@usdoj.gov