```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )   1:21-cr-00358-EGS
                                )
HOWARD B. ADAMS,                )
                                )
            Defendant.          )
```

## JOINT STATUS REPORT

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Howard Adams, by and through his counsel, submit this joint status report as required by the Court's minute order of October 5, 2022.

Counsel for the defendant and the government are mutually available, for a rescheduled hearing on the defendant's *pro se* motion, on October 25 and 26, between 2 p.m. and 5 p.m. on each of those dates. Defense counsel are available on October 31 between 9 a.m. and 12 noon, and on November 1 during business hours for such a hearing. Counsel for the government might be available on those dates and times, but also might be actively litigating a jury trial matter. It is possible, however, that that trial will be over or will have been submitted to the jury by October 31 or November 1.

The parties do not have any mutual availability the week of October 17 or on any other dates and times during the weeks of October 24 and 31.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

by: /s/*Michael C. Liebman*
Michael C. Liebman
Assistant U.S. Attorney
D.C. Bar no. 479562
601 D Street, N.W.
    room 4-1501
Washington, D.C.  20001
(202) 252-7243
michael.liebman@usdoj.gov

/s/*Jeremy J. Buckmaster*
Jeremy J. Buckmaster, Esq.
Counsel for defendant
200 Magnolia Ave
Daytona Beach, Fla.  32114
386-257-0606
386-257-0885 (fax)
eservice@buckmasterellzey.com

/s/*Brian A. Cantrell*
Brian A. Cantrell, Esq.
Counsel for defendant
200 Magnolia Avenue
Daytona Beach, Fla.  32114
386-257-0606
eservice@buckmasterellzey.com

/s/*Charles R. Haskell*
Charles R. Haskell, Esq.
Counsel for defendant
641 Indiana Avenue, N.W.
Washington, D.C.  20004
(202) 888-2728
charles@charleshaskell.com