UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 1:21-cr-00358-EGS |
| v. | : | |
| | : | |
| **HOWARD BERTON ADAMS,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR REMOTE (ZOOM) APPEARANCE AT HEARING

COMES NOW, the undersigned attorneys, and files this Motion for Remote (Zoom) Appearance at Hearing in the above-styled action and would state as follows:

1. A hearing has been scheduled in this matter on November 10, 2022, at 11:30 a.m. on the undersigned counsels' Unopposed Motion to Withdraw as Attorney (docket #33) and Defendant's pro se Motion to Dismiss Case (docket #34).

2. The undersigned defense attorneys request permission to appear remotely (via Zoom) during the above-referenced hearing.

3. The undersigned counsel of Buckmaster and Ellzey, Jeremy J. Buckmaster and Brian A. Cantrell, practice in the State of Florida and are sponsored by Pro Hac Vice counsel, Charles Haskell.

4. The undersigned counsel filed a Motion to Allow Withdrawal of Counsel on June 15, 2022.

5. The Defendant filed, pro se, a Notice of Immediate Termination of Counsel on August 25, 2022.

6. The undersigned counsel of Buckmaster and Ellzey and the Defendant have appeared remotely at all formerly held status conference hearings.

7. The Defendant will not be prejudiced by the undersigned appearing remotely.

8. Assistant United States Attorney, Michael Liebman, has been contacted and has no objection to allowing the undersigned to appear remotely.

WHEREFORE, the undersigned attorneys respectfully requests that the Court grant the request to appear remotely for the hearing scheduled on November 10, 2022 at 11:30 a.m. in this matter.

## CERTIFICATE OF SERVICE

    I certify that a copy of this document was electronically served via the E-Filing Portal to Michael Liebman, Assistant United States Attorney, on October 25, 2022.

Respectfully Submitted,

Buckmaster and Ellzey

/s/ Jeremy J. Buckmaster
Jeremy J. Buckmaster
Lead counsel for Defendant
Florida Bar Number:  551376
200 Magnolia Avenue
Daytona Beach, FL 32114
Telephone: (386) 257-0606
Fax: (386) 257-0885

/s/ Brian A. Cantrell
Brian A. Cantrell
Co-Counsel for Defendant
Florida Bar Number: 84928
200 Magnolia Avenue
Daytona Beach, FL 32114
Telephone: (386) 257-0606
Fax: (386) 257-0885

/s/ Charles Haskell
Charles Haskell
Pro hac vice
D.C. State Bar Number:  888304007
641 Indiana Avenue NW, Washington, District of Columbia, 20004
Telephone: (202) 888-2728