10...
Instrument# 2022243125    4 pages
Book: 8328    Page: 2190
Electronically Recorded By
Volusia County Clerk of the Court

**Howard-Berton: Son of Adams**
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

**Leave to File GRANTED**

 *Beryl A. Howell*

**October 28, 2022**

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

10/26/2022

# COVER LETTER

## FOR THE PUBLIC RECORD
UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.:  1:21-cr-00358-BAH

To: Chief Judge Beryl A. Howell
    UNITED STATES DISTRICT COURT
    for THE DISTRICT OF COLUMBIA

Attached: Notice to decline "offer to contract", dated October 24, 2022,
        and supporting cases.



By: *Howard Berton Adams, Jr.©*  10/26/2022
        By: Howard Berton Adams, Jr.©
    "a son of God" sui juris, sovereign living man
    Office of "the people" Inhabitant of the land of Florida

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

Florida state
Volusia county

The foregoing instrument was acknowledged before me on this __26__ day of October, 2022

by:___Howard Berton Adams, Jr.____, who is personally known to me or

produced __Florida Driver's License__ as identification.

Notary Signature:___Sarah Krobath____
(NOTARY SEAL)

SARAH KROBATH
Commission # HH 115641
Expires April 10, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

page 1 of 4

Sent from my iPhone

Begin forwarded message:

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Date:** October 24, 2022 at 4:03:43 PM EDT
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject: Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Notice of Hearing on Motion**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered on 10/24/2022 at 4:02 PM and filed on 10/24/2022
**Case Name:**       USA v. ADAMS
**Case Number:**     1:21-cr-00358-BAH
**Filer:**
**Document Number:** No document attached

Docket Text:
**NOTICE OF HEARING ON MOTION in case as to HOWARD B. ADAMS, regarding [34] MOTION to Dismiss Case and [33] Unopposed MOTION to Withdraw as Attorney by Jeremy J. Buckmaster. The parties shall take notice that a Motions Hearing is scheduled for 11/10/2022, at 11:30 AM in Courtroom 22A- In Person before Chief Judge Beryl A. Howell. (ztg)**

1:21-cr-00358-BAH-1 Notice has been electronically mailed to:

Michael Charles Liebman     michael.liebman@usdoj.gov

Charles R. Haskell     charles@charleshaskell.com

Jeremy J. Buckmaster     eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, Jeremy@BuckmasterEllzey.com, Laney@Buckmasterellzey.com, nichole@buckmasterellzey.com

Brian Adam Cantrell     eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, laney@buckmasterellzey.com, nichole@buckmasterellzey.com

1:21-cr-00358-BAH-1 Notice will be delivered by other means to::

HOWARD B. ADAMS

SEE ATTACHED
page 2 of 4

FOR CLARIFICATION ONLY

## NOTICE FOR THE RECORD

Date Received: 24th day of October in the year of our Lord Two Thousand and Twenty Two

I, by affidavit am a declared living American Sovereign standing with Treaty Law of God do decline your "offer to contract" to attend your "private bar guild matter".

I require that you cite the law and where I am compelled to attend your private bar guild matter.

If this is not a private bar guild matter then provide proof of jurisdiction on the land of Florida (not the State of Florida). Otherwise your invitation is declined.

You have falsely accused me of being a Citizen of the UNITED STATES OF AMERICA, INC.

It appears that you are bringing UNITED STATES Corporate Law with color outside your jurisdiction on the land of Florida.

You are trespassing and criminally attempting to convert corporate statutes with color into lawful criminal codes without chartered regulatory and delegated jurisdictional authority.

I require that you provide proof that you are registered or chartered for conducting business on Florida by my republic state.

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 26th day of October in the year of our Lord Two Thousand and Twenty Two.

By: _____ By: Howard Berton Adams, Jr.© sue juris
a "son of God" sovereign living man
Inhabitant of the land of Florida

FOR CLARIFICATION ONLY

**Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307** Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation.

A public official is a fiduciary toward the public,... and if he deliberately conceals material information from them he is guilty of fraud.

**"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings**."

**Hagans v Lavine 415 U. S. 533.** "A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity."

**Sramek v. Sramek, 17 Kan. App 2d 573, 576-7, 840 P. 2d 553 (1992) rev. denied 252 Kan. 1093(1993)** "The law provides that once State and Federal jurisdiction has been challenged, it musts be proven."

**Main v Thiboutot, 100 S Ct. 2502(1980)** "Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided."

**Basso v. Utah Power & Light Co. 395 F 2d 906, 910**
"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."

**Stock v. Medical Examiners 94 Ca 2d 751. 211 P2d 289 In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997)** "Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the structures of the statute." "The state citizen is immune from any and all government attacks and procedure, absent contract." see, **Dred Scott vs. Sanford, 60 U.S. (19 How.) 393** or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent."