Instrument# 202224196   9 pages
Book: 8327   Page: 4206
Electronically Recorded By
Volusia County Clerk of the Court

**Leave to file GRANTED**



**October 28, 2022**

Howard-Berton: Son of Adams
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

10/25/2022

# COVER LETTER

## FOR THE PUBLIC RECORD
UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.: 1:21-cr-00358-BAH

To: Chief Judge Beryl A. Howell
    UNITED STATES DISTRICT COURT
    for THE DISTRICT OF COLUMBIA

Attached is a "Formal Challenge to the Twelve Presumptions of Court", regarding UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS case no.: 21-cr-358-BAH.

Attached also, a questionnaire that I require to be answered, in full, under penalty of perjury.

Attached also, a "Statement of Fact"

By: _Howard Berton Adams_ © 10/25/2022
By: Howard Berton Adams, Jr.©
"a son of God" sui juris, sovereign living man
Office of "the people" Inhabitant of the land of Florida

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

Florida state
Volusia county

The foregoing instrument was acknowledged before me on this __25__ day of October, 2022 by: __Howard Berton Adams, Jr.__, who is personally known to me or produced __Florida Driver's License__ as identification.

Notary Signature: _Sarah Krobath_
(NOTARY SEAL)


SARAH KROBATH
Commission # HH 115641
Expires April 10, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

**Howard-Berton: Son of Adams**
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

10/25/2022

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

To: Chief Judge Beryl A. Howell
 UNITED STATES DISTRICT COURT
 for THE DISTRICT OF COLUMBIA

# Formal Challenge to the
# Twelve Presumptions of Court

In regards to case no.: 1:21-cr-00358-BAH

Definition of presumption:
http://www.oxforddictionaries.com/definition/english/presumption

1. An idea that is taken to be true on the basis of probability:
As a presumption, is a presumption on which must be agreed by the parties, to be true.

THEN and EQUALLY,

If one party challenges the presumption to be true on the basis of probability, then all that is required to remove the presumption is a formal challenge to that presumption. The presumption then has no standing or merit in FACT.

A probability:
http://www.oxforddictionaries.com/definition/american_english/probability

1. The extent to which something is probable; the likelihood of something happening or being the case.

By definition then, this is not substantive as it is only a probability of what may be and therefore has NO substance in material FACT.

An incorporated Federal Court does not operate according to any true rule of law, but by presumptions (color) of the law. Therefore, if presumptions presented by the private Bar Guild are not rebutted, they become fact and are therefore said to stand true. There are twelve (12) key presumptions asserted by the private Bar Guilds which, if unchallenged, stand true, being: Public Record, Public Service, Public Oath, Immunity, Summons, Custody, Court of Guardians, Court of Trustees, Government as Executor/Beneficiary, Agent and Agency, Incompetence, and Guilt:

page 1 of 5

(i) **The Presumption of Public Record** is that any matter brought before a state Court is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter. Unless openly rebuked and rejected by stating clearly the matter is to be on the Public Record, the matter remains a private Bar Guild matter, completely under private Bar Guild rules;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Public Record as it is by definition a presumption and by definition has no standing or merit in presentable or material fact.**

(ii) **The Presumption of Public Service** is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or "public officials" by making **additional** oaths of public office that openly and deliberately **contradict** their private **"superior"** oaths to their own Guild. Unless openly rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Public Service as it is by definition a presumption and by definition has no standing or merit in presentable or material fact.**

(iii) **The Presumption of Public Oath** is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath, remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. Unless openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals **MUST** recuse themselves as having a conflict of interest and cannot possibly stand under a public oath;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Public Oath as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(iv) **The Presumption of Immunity** is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded as it is here, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Immunity as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(v) **The Presumption of Summons** is that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of "guilt" stands;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Summons as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(vi) **The Presumption of Custody** is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a **thing** and therefore liable to be detained in custody by "Custodians". Custodians may **only lawfully** hold custody of property and "things" **not flesh and blood soul possessing beings**. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property, and therefore lawfully able to be kept in custody by custodians;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Custody as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(vii) **The Presumption of Court of Guardians** is the presumption that as you may be listed as a "resident" of a ward of a local government area and have listed on your "passport" the letter P, you are a pauper and therefore under the "Guardian" powers of the government and its agents as a "Court of Guardians". Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrates court);

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Guardians as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(viii) **The Presumption of Court of Trustees** is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. Unless this presumption is openly challenged to state you are merely visiting by **"invitation"** to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction – simply because you "appeared";

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Trustees as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(ix) **The Presumption of Government acting in two roles as Executor and Beneficiary** is that for the matter at hand, the Private Bar Guild appoints the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. If the accused does seek to assert their right as Executor and Beneficiary over their body, mind and soul they are acting as an Executor De Son Tort or a "false executor" challenging the "rightful" judge as Executor.

Therefore, the judge/magistrate assumes the role of "true" executor and has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to demonstrate you are both the true general guardian and general executor of the matter (trust) before the court, questioning and challenging whether the judge or magistrate is seeking to act as Executor De Son Tort, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate) or you are an Executor De Son Tort and a judge or magistrate of the private Bar guild may seek the assistance of bailiffs or sheriffs to assert their false claim against you;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Government acting in two roles as Executor and Beneficiary as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(x) **The Presumption of Agent and Agency** is the presumption that under contract law you have expressed and granted authority to the Judge and Magistrate through the statement of such words as "recognize, understand" or "comprehend" and therefore agree to be bound to a contract. Therefore, unless all presumptions of agent appointment are rebutted through the use of such formal rejections as "I do not recognize you", to remove all implied or expressed appointment of the judge, prosecutor or clerk as agents, the presumption stands and you agree to be contractually bound to perform at the direction of the judge or magistrate;

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Agent and Agency as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(xi) **The Presumption of Incompetence** is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/magistrate as executor has the right to have you arrested, detained, fined or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and heir and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient.

**I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Incompetence as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.**

(xii) **The Presumption of Guilt** is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead "guilty", do not plead or plead "not guilty".

Therefore unless you either have previously prepared an **affidavit of truth** and **motion to dismiss** with **extreme prejudice** onto the public record or call a demurrer, then the presumption is you are guilty and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

I, Howard Berton Adams, Jr.©, the undersigned formally challenge the Presumption of Guilt as it is by definition a presumption, and by definition has no standing or merit in presentable or material fact.

I formally challenge all presumptions of court and as I have formally challenged all the twelve presumptions of court then the presumption of court formally has no substance in material FACT.

I will recognize the court, when and only when there is the material evidence of, the assumed presumptions of court have some material evidence of substance in presentable material fact.

Failure to respond to any one and all of the twelve presumptions of court shall proclaim that you agree that you have no complaint and/or claim in regards to **HOWARD B. ADAMS**, the legal entity, case no: 1:21-cr-00358-BAH, within "5" days after receipt of this formal challenge.

I, Howard Berton Adams, Jr.©, do certify that the foregoing is true, correct, and complete to the best of my knowledge.

without THE UNITED STATES OF AMERICA, INC.

By: *Howard Berton Adams, Jr.* © 10/25/22

Howard Berton Adams, Jr.©
the living man
For and on behalf of the legal entity
HOWARD B. ADAMS.

Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.

Florida state
Volusia county

The foregoing instrument was acknowledged before me on this __25__ day of October, 2022

by: _Howard Berton Adams, Jr._, who is personally known to me or

produced _Florida Driver's License_ as identification.

Notary Signature: _Sarah Krobath_

(NOTARY SEAL)

SARAH KROBATH
Commission # HH 115641
Expires April 10, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

Page 5 of 5

**Howard-Berton: Son of Adams**
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

10/25/2022

To: Chief Judge Beryl A. Howell
    UNITED STATES DISTRICT COURT
    for THE DISTRICT OF COLUMBIA

Chief Judge Howell,

I require proof of "legislative authority or law" (not color of law) that created lawyers, the BAR association, and their actual state issued licensing.
Who gave YOU authority to walk into a courtroom?
Do you have your BAR card? What authority does it give you in law?
Show the legislative enacted law that gives you any authority or this proceeding is **void** NOW.

I require proof of **legislative authority** and proof the BAR association actually issues a "license" under congressional enacted authority before proceeding with your claims.
Where is your authority to sit on that bench? Produce the law granting you such authority, along with your credentials from that authority – not a BAR union card.
You are required to be learned in the law (common law, not statutes), and that does not mean mere color of law. **Therefore, there is no subject matter jurisdiction here.**

I require you to produce the law that says a lawyer can represent the law in this matter. Where is the legislative law enacted by congress that allows YOU to create this paper work? ("YOU" meaning lawyers/BAR association union members without an actual license to practice and learned I the common law). Produce the law **enacted by congress** that created the BAR association in this county and which approved licensing for lawyers.

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

**70 Am. Jur. 2nd Sec. 50, VII Civil Liability**
"Fraud destroys the validity of everything into which it enters,"

**Nudd v. Burrows, 91 U.S 426.** "Fraud vitiates everything"

**Boyce v. Grundy, 3 Pet. 210** "Fraud vitiates the most solemn contracts, documents and even judgments."

Please respond within 5 day of receipt of this inquiry.

Without THE UNITED STATES OF AMERICA, INC.

By: *Howard Berton Adams, Jr.* © 10/25/2022
By: Howard Berton Adams, Jr.©
"a son of God" sui juris, sovereign living man
Office of "the people" Inhabitant of the land of Florida

Florida state
Volusia county

The foregoing instrument was acknowledged before me on this __25__ day of October, 2022 by: __Howard Berton Adams, Jr.__, who is personally known to me or produced __Florida Driver's License__ as identification.

Notary Signature: __Sarah Krobath__
(NOTARY SEAL)

SARAH KROBATH
Commission # HH 115641
Expires April 10, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

page 2 of 2

# STATEMENT OF FACT
10/25/2022

1) The Most High God created I, Howard Berton Adams, Jr.©, a **sovereign man**, **living**, as the **flesh & blood testifies**, I am not a dead entity, I am not a ward of the state. I am not a pauper.

I **am** an **American State National**, on the **Land and Soil** Jurisdiction.

I **do not consent** to being governed by THE UNITED STATES OF AMERICA, INC. [Dunn & Bradstreet #096226982] a **for profit, British owned** corporation, among other corporations acting as government.

I **am not** an employee or resident of THE UNITED STATES OF AMERICA, INC., United States Government, Inc.[DUNS #052714196], City of Washington, Inc.[DUNS #073010550] or District of Columbia, Inc.[DUNS #949056860].

I am not a UNITED STATES Citizen, a federal person or a corporation, <u>I do not stand under statutes, code, rules or regulations</u> of THE UNITED STATES OF AMERICA, INC.

I am an "**American State National**" [as stated in Title 8 USC 1101 (a) 21] (see attachment)

Please produce any **contracts** you have with Howard Berton Adams, Jr.©.

By: _Howard Berton Adams, Jr.©_ 10/25/2022
By: Howard Berton Adams, Jr.©
"a son of God" sui juris, sovereign living man
Office of "the people" Inhabitant of the land of Florida

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

Florida
Volusia County

This instrument was acknowledged before me on _October 25, 2022_
                                                                                    date
By: _Howard Berton Adams, Jr._

_____
Signature of Notary          Names

_VMSS II_
Title            page 1 of 2

SARAH KROBATH
Commission # HH 115641
Expires April 10, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

Seal

Recording #: _____  FI64-2022-H9H8S-BF1GS

# Declaration of Political Status

I the living man, Howard Berton Adams, Jr., affirm and declare that I have returned to my lawful birthright political status as a Georgian, and I claim my exemptions as stated in Federal Code 8 USC 1101 (a) 21.

This I declare and affirm under penalty of perjury under the public law of The United States of America.

by: *Howard Berton Adams Jr.* ©
by: Howard Berton Adams, Jr. ©
All Rights Reserved
Without Prejudice

## Florida State Assembly Recording Secretary Witness

Florida
Volusia County

Today before me is the living man known to me to be Howard Berton Adams, Jr. and he did issue this Declaration of Political Status as shown and he also affirmed his testimony as shown before me this __30th__ day of July in the year 2022, in Witness whereof I set my Signature and Seal:

Florida Assembly Recording Secretary by: *Isa Barbara Sablon* ©

my commission expires: End of Life

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HCA8-614PU
Commission expires at end of life

Page 2 of 2     (addendum, 1 page)

*Declaration of Political Status*
*page 1 of 1*