11/15/2022 1:09:53 PM Instrument #2022254855 #1 Book:8334 Page:4385

Howard-Berton: Son of Adams
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

Leave to file GRANTED

Beryl A. Howell
Chief Judge
United States District Court

Date Dec. 13/2022

November 15, 2022

# NOTICE

UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.: 1:21-cr-00358-BAH

Title:
AFFIDAVIT OF REVOCATION OF SIGNATURE

copy:
Angela D. Caesar, Clerk of the Court

RECEIVED
Mail Room
NOV 21 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Instrument #2022254855 #2 Book:8334 Page:4386

# AFFIDAVIT OF REVOCATION OF SIGNATURE

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**RE: Matter # 1:21-CR-00358-BAH**

**BEFORE ME**, the undersigned Notary, Sara Taylor

on this 15th day of November, 2022, personally appeared Howard-Berton: Adams, known to me to be a credible person and of lawful age, who being by me first duly sworn on his oath, deposes and says:

I hereby rescind, revoke, and/or cancel all signatures attached to the account and/or person with the name HOWARD BERTON ADAMS, HOWARD B. ADAMS, HOWARD ADAMS, HOWARD ADAMS, Jr. together with all derivatives and permutations and punctuation(s) and orderings of these names, a social security number, and/or a date of birth on it for anyone who construes that to be a contract. This includes any driver's licenses. There are no contract terms agreed upon unless the Court provides any evidence of a contract with a wet ink signature, or the record shall show there is nothing available to the contrary. Any appearance made is under duress without my consent and by special appearance only.

I explicitly reserve all my natural rights as a natural, free human being under contract law of the Divine Creator without prejudice and without recourse to me. I do not consent to compelled performance under any contract that I did not enter into knowingly, voluntarily, and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

FURTHER AFFIANT SAITH NOT.

Respectfully submitted,

by: Howard-Berton: Adams ©

*Howard-Berton: Adams*

c/o 2003 Umbrella Tree Dr.

Edgewater, Florida Republic, near [32141]

# JURAT

On this 15 day of November, 2022, before me, the undersigned, a Notary Public in and for Volusia County, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

In person ID: American State Natl Creds

Sara Taylor

Notary Signature

Sara Taylor

Printed Name

*[Notary Seal:]*

SARA TAYLOR
Commission # HH 236518
Expires March 6, 2026

NOTARY PUBLIC.

My commission expires: ______________________________

STATE OF FLORIDA, VOLUSIA COUNTY
I HEREBY CERTIFY the foregoing is a true copy of the original filed in this office. This
November 15, 2022
Clerk of Circuit Court

STaylor

By: S. Taylor Deputy Clerk
e-signed 11/15/2022

**Howard-Berton: Son of Adams**
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

November 11, 2022

# NOTICE

UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.: 1:21-cr-00358-BAH

Title:
REJECTION OF OFFER TO CONTRACT

copy:
Angela D. Caesar, Clerk of the Court
Beryl B. Howell, Chief Judge
Michael Liebman, Assistant District Attorney

RECEIVED
Mail Room
NOV 21 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

 Instrument #2022254856 #2 Book:8334 Page:4389

Howard Berton Adams, Jr. <bosdad@gmail.com>

**FW: Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Motion Hearing**

1 message

**Liebman, Michael (USADC)** <Michael.Liebman@usdoj.gov> Thu, Nov 10, 2022 at 2:53 PM
To: "Howard Berton Adams, Jr." <bosdad@gmail.com>
Cc: "charles@charleshaskell.com" <charles@charleshaskell.com>, "Brian A. Cantrell" <Brian@berepresented.com>, "Jeremy J. Buckmaster" <Jeremy@berepresented.com>

Greetings, Mr. Adams.

Please read below carefully, especially the yellow-highlighted portions. Chief Judge Howell expected you to have been physically present in her courtroom earlier today, when the case was called, and you were not there. If you do not appear next week, on Th., 11/17, at 11 a.m., in person, a warrant might be issued for your arrest and you may face new criminal charges. The courthouse address is 333 Constitution Avenue, N.W., Washington, D.C.

Mike

Michael Liebman

Assistant U.S. Attorney

Patrick Henry Building

601 D St, NW, rm. 4-1501

Washington, D.C. 20530

(202) 252-7243 (landline but forwards automatically to cell ph., no texts)

NOTICE FOR THE RECORD

Date Received: 10th day of November in the year of our Lord Two Thousand and Twenty Two

I, affiant, sui juris, am a declared living American Sovereign [illegible] with Treaty Law of God, do **"REJECT YOUR OFFER TO CONTRACT"** to attend your **"private bar guild matter"** for the following:

1) **I require** that you cite the law and where I am compelled [illegible] private bar guild matter.
If this is not a private bar guild matter then **provide proof of jurisdiction** on the **land of Florida** (not the State of Florida). Otherwise your invitation is **"REJECTED"**.

2) You have falsely accused me of being a Citizen of the UNITED STATES of AMERICA, Inc. **I require proof, from you, that I am a Citizen of the UNITED STATES of AMERICA**, Inc.

3) **You are a "Court of Admiralty"** and it appears that you are bringing UNITED STATES Corporate Law with color **outside your jurisdiction on the land of Florida.**

4) You are trespassing and criminally attempting to convert corporate statutes with color into law and criminal codes without chartered regulatory and delegated jurisdictional authority.

**I require that you provide proof that you are registered or chartered for conducting business on Florida by my republic state.**

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 11th day of November in the year of our Lord Two Thousand and Twenty Two.

By: Howard Berton Adams

By: Howard Berton Adams© sui juris
"a son of the Most High God" sovereign living man
Inhabitant of the land of Florida

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, November 10, 2022 1:54 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Motion Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 11/10/2022 at 1:49:52 PM EDT and filed on 11/10/2022

**Case Name:** USA v. ADAMS

**Case Number:** 1:21-cr-00358-BAH

**Filer:**

**Document Number:**

Docket Text:

**Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motions Hearing as to HOWARD B. ADAMS held on 11/10/2022, re [33] Unopposed MOTION to Withdraw as Attorney by Jeremy J. Buckmaster and [34] MOTION to Dismiss Case filed by HOWARD B. ADAMS. The Defendant failed to appear. Motions Hearing continued to 11/17/2022, at 11:00 AM in Courtroom 22A- In Person before Chief Judge Beryl A. Howell; parties DIRECTED to inform the Defendant of the new hearing date and the consequences should he fail to appear. Time excluded under the Speedy Trial Act from 11/10/2022 through 11/17/2022, in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Bond Status of Defendant: Personal Recognizance. Present: Defense Attorneys: Brian A. Cantrell, Jeremy J. Buckmaster, and Charles R. Haskell; US Attorney: Michael C. Liebman. Court Reporter: Elizabeth Saint-Loth. (ztg) Modified to add speedy trial exclusion on 11/10/2022 (ztg).**

**1:21-cr-00358-BAH-1 Notice has been electronically mailed to:**

Michael Charles Liebman michael.liebman@usdoj.gov

Charles R. Haskell charles@charleshaskell.com

Jeremy J. Buckmaster eservice@buckmasterelizey.com, Brian@Buckmasterelizey.com, Jeremy@BuckmasterElizey.com, Laney@Buckmasterelizey.com, nichole@buckmasterelizey.com

Brian Adam Cantrell eservice@buckmasterelizey.com, Brian@Buckmasterelizey.com, laney@buckmasterelizey.com, nichole@buckmasterelizey.com

**1:21-cr-00358-BAH-1 Notice will be delivered by other means to::**

HOWARD B. ADAMS

The following document(s) are associated with this transaction:

*This is a re-generated NEF. Created on 11/10/2022 at 1:53 PM EDT*

Instrument #2022254856 #4 Book:8334 Page:4391 Laura E. Roth, Volusia County Clerk of Court

FOR CLARIFICATION ONLY

NOTICE FOR THE RECORD

Date Received: 10th day of November in the year of our Lord Two Thousand and Twenty Two

I, by affidavit am a declared living American Sovereign standing with Treaty Law of God, do **"REJECT YOUR OFFER TO CONTRACT"** to attend your **"private bar guild matter"** for the following:

1) **I require** that you cite **the** law and where I am compelled to attend your private bar guild matter. If this is not a private bar guild matter then **provide proof of jurisdiction on the land of Florida** (not the State of Florida). Otherwise your invitation is **"REJECTED"**.

2) You have falsely accused me of being a Citizen of the UNITED STATES of AMERICA, Inc. **I require proof, from you, that I am a Citizen of the UNITED STATES of AMERICA, Inc.**

3) **You are a "Court of Admiralty"** and it appears that you are bringing UNITED STATES Corporate Law with color **outside your jurisdiction on the land of Florida.**

4) You are trespassing and criminally attempting to convert corporate statutes with color into lawful criminal codes without chartered regulatory and delegated jurisdictional authority.

**I require that you provide proof that you are registered or chartered for conducting business on Florida by my republic state.**

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this [illegible] day of November in the year of our Lord Two Thousand and Twenty Two.

By: Howard Berton Adams© sui juris
"a son of [illegible] Most High God" sovereign living man
Inhabitant of the land of Florida

FOR CLARIFICATION ONLY




STATE OF FLORIDA, VOLUSIA COUNTY
I HEREBY CERTIFY the foregoing is a true copy of the original filed in this office. This
November 15, 2022
Clerk of Circuit Court

STaylor

By: S. Taylor Deputy Clerk
e-signed 11/15/2022

<div style="text-align: right">
Howard-Berton: Son of Adams<br>
"a son of The Most High God",<br>
sui juris, sovereign living man<br>
Office of "the people"<br>
Inhabitant of the land of Florida
</div>

November 15, 2022

# NOTICE

## UNITED STATES DISTRICT COURT for the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, INC. v. HOWARD B. ADAMS
case no.: 1:21-cr-00358-BAH

Title:
NOTICE REGARDING NAMED ENTITIES/NOTICE OF LIABILITY

copy:
Angela D. Caesar, Clerk of the Court



RECEIVED
Mail Room
NOV 21 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# Notice to the Court
# Re: Case no.: 1:21-cr-00358-BAH
# Notice Regarding Named Entities/Notice of Liability
# Demand to Show Cause

Bouvier's Law Dictionary, 8th ed., pg. 2287 - "The omission of the Christian name by either plaintiff or defendant in a legal process **prevents the court from acquiring jurisdiction** ... "

Gregg's Manual of English: "A name spelled in **all capital letters** or a name initialed, is not a proper noun denoting a specific person, but **is a fictitious name, or a name of a dead person**, or a nom de guerre."

**"Complaint must identify at least one plaintiff by true name; otherwise, no action has been commenced."** Roe v New York (1970, SD NY) 49 FRD 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

The reasoning behind a true name is that neither a State, nor the United States, can pick up a pencil or sneeze, being nothing more than a "piece of paper". They cannot, therefore, assume the liability of actions nor write a complaint. All activities carried on by governmental agencies are carried out by its agents and actors, and those actors are individually liable for their actions. **This means you, as a public employee under contract to a governmental service provider (foreign corporation) which is working for me under contract, are accountable and liable for actions you take that misidentify or seek to defraud or mis-characterize people, such as me, who are living as Lawful Persons, not Legal Persons. This also means that when you undertake "legal actions" against Lawful Persons, no such actions are owed enforcement of any kind. This is the beginning and the end of your Territorial and/or Municipal "prosecutorial capacity" and I am giving you Explicit Notice that I am standing on the land and soil of Florida and that I am operating exclusively as a Lawful Person with explicit declarations and proof of my identity and capacity established on the Public Record.**

The Supreme Court case, Monroe Cattle Co. v. Becker, 147 U.S. 47 (1893): Defendant was impleaded by the name of A. W. Becker. Initials are no legal part of a name, the authorities holding the full Christian name to be essential. Wilson v. Shannon, 6 Ark. 196; Norris v. Graves, 4 Strob. 32; Seely v. Boon, I N. J. Law, 138; Chappell v. Proctor, Harp. 49; Kinnersley v. Knott, 7 C. B. 980; Turner v. Fitt, 3 C. B. 701; Oakley v. Pegler, (Neb.) 46 N. W. Rep. 920; Knox v. Starks, 4 Minn. 20, (Gil. 7 Kenyon v. Semon, (Minn.) 45 N. W. Rep. 10; Beggs v. Wellman, 82 Ala. 391, 2 South. Rep. 877; Nash v. Collier, 5 Dowl. & L. 341; Fewlass v. Abbott, 28 Mich. 270.

**This is telling you and your Office that all "legal actions" addressed to any "character" using middle initials are invalidated by failure to name an actual Party to the case. See above. You can manipulate corporate fictions however, when you infringe upon my Given Name and my Lawful Person, which is recorded and held under Unregistered Copyright and Unregistered Trademarks due protection under the Lanham Act, you are committing Crimes of State. This is your Notice of Liability.**

The United States Government Printing Office Style Manual clearly defines the rules of grammar for recording of a proper noun in Chapter 3.2, Capitalization. "Proper nouns are capitalized

[examples given] Rome, Brussels, John Macadam, Macadam family, Italy, and Anglo-Saxon." It further defines, in Chapter 11.7, that "Names of vessels are quoted in matter printed in other than lower case roman... [examples given are] LUSITANIA [or] Lusitania."

This "all capitals" style convention is also known as "Dog Latin" which is a corrupt and corrupting text used in some **foreign municipal courts having no jurisdiction over an American state National**. This style convention applies only to incorporated legal fiction entities and VESSELS operating under Admiralty law in Admiralty or Maritime jurisdictions. Whenever living Americans are being misidentified as "US CITIZENS" or as Officers thereof, without their fully disclosed and conscious consent, crimes are being committed against your Employers, on your watch via unconscionable contracts. The evidence of "unconscionable contract" appears on every Birth Certificate ever issued by any Territorial Government Franchise doing business as a "State of State", including the "State of Georgia", and doubly applies to every BIRTH CERTIFICATE issued by any Municipal Government Franchise doing business as a "STATE OF STATE" including the "STATE OF GEORGIA".

The Municipal United States is limited to the ten miles square of the District of Columbia with respect to Americans and their States. It is an illegal, unlawful, and non-consensual contract to secretively impersonate the Lawful Person of a living man as a Territorial franchise corporation so as to compromise his identity and subject him to foreign law; and it merely compounds the fraud and the crime to further impersonate the Lawful Person of a living man as a Municipal PERSON. **This is your Notice of Liability for willingly and knowingly participating in any such commercial racketeering scheme absent your prompt action to correct this Mistake, regarding me, my names, and my lawful Person(s).**

Black's Law Dictionary "Fictitious Name": "A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic), with the implication that it is meant to deceive or mislead."

Oxford Dictionary: "Nom de guerre": War name. A name assumed by or assigned to a person engaged in some action or enterprise.

**All American State Citizens are owed The Law of Peace from the Territorial Government and its operatives, and the Territorial Government is further required to protect and defend North American state Citizens from any action undertaken against them by any foreign power, which includes the Municipal United States. We are the civilian government. They are the civil government. Unless you wish to commit treason against the unincorporated United States of America, you must recognize the difference and defend our Lawful Persons.**

The U.S. Government Style Manual, Chapter 3 requires only the names of corporate and other fictional entities, or those serving in corporate capacities to be in all capitalized letters. Fictitious names exist for a purpose. Fictions are invented to give the court jurisdiction. Snider v. Newell 44 SE 354.

**No such jurisdiction has been granted by me to any Federal Department, Agency, or State of State to create or to address any fictional PERSON dba HOWARD B. ADAMS©™, HOWARD BERTON ADAMS©™, HOWARD BERTON ADAMS, JR., or any Unregistered Trademark of mine; neither have I consented to be regarded as an infant decedent; all such**

**PERSONS have been re-flagged and permanently domiciled on the land and soil jurisdiction of the unincorporated United States of America and the unincorporated United States respectively.**

**I operate exclusively as a Lawful Person and all my franchises operate as Lawful Vessels permanently domiciled on the land and soil jurisdiction of this country, yet I continue to be "misaddressed" and "misidentified" by your Offices as either a Territorial or Municipal Employee/ Volunteer/ Conscript/ Taxpayer/ Criminal/ Slave.**

Please see your Complete Notice of Liability, both the Mandatory Foreign Sovereign Immunities Act "FSIA" Notice and this attendant Notice of Liability.

If you have any proof that I am now or have ever consciously, knowingly, and willingly and under conditions of full disclosure adopted "US Citizenship" of any kind, any evidence that I or my Mother gave your Office willing permission to address me as an incorporated franchise or ward of any Territorial State of State, or gave you consent to use my Good Name or any permutation, ordering, punctuation, or style thereof for any commercial purpose whatsoever, **you have ten (10) days from receipt of this communication to present it to me for rebuttal; otherwise, you must act to make correction of your records, expunge all Ultra Vires court actions misaddressed to me, remove my name from any "Taxpayer" roles, remove any liens or other false commercial claims addressed to Municipal United States PERSONS abusing my Good Name and merely presumed to exist, and issue proper identification paperwork and data base corrections so that I am no longer being misaddressed and misidentified as any form of "US Citizen". You must also return perfected title to my homestead on Edgewater, Florida which has been held in public trust under all of these false presumptions of my purported abdication of my natural estate and false claims of hypothecated debt.**

I am naturally exempt and any and all "Vessels" of mine are Taxe Percue = pre-Paid.

Any failure to produce your validated Proof concludes the Facts in Law and in statutory law fully exonerating me and any vessel operating "in my name" from any presumption of any federal citizenship obligation whatsoever now or at any time since the initial Mistake was discovered in 2022 and otherwise establishes my unique and unencumbered claim upon my life, my persons, my soul, and all else associated with me including my nationality as a Georgian from the moment of my physical conception, now and forever afterward.

**Any failure to respond to this Notice and Demand within ten (10) days establishes your fully admitted agreement to the facts presented herein and your agreement to take all steps outlined above that are possible within the powers of your Office and administrative duties, and your agreement to make the necessary correction of your records, processes, procedures, assumptions, and legal presumptions to provide the Good Faith and Service owed to my Lawful Person.**

**Your failure to respond also admits and agrees to your 100% commercial and personal liability for all harm that accrues to me or any Person/PERSON presumed to be associated with me as a result of your continued misrepresentation of me and my Lawful Person.**

This self-fulfilling contract becomes final and is owed execution effective midnight, 10 days from receipt, absent your response: so provided in view of the Public Record:

Failure to respond means that you have "acquiesced", and that, from this day forward the doctrine of "Estoppel by acquiescence" will prevail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 10th day of November, 2022, without the United States.

All rights reserved, without prejudice.

by: Howard Benton Adams
Howard Benton Adams
c/o 2003 Umbrella Tree Dr.
Edgewater, Florida State [32141]

copy: Beryl A. Howell, Chief Judge
Angela D. Caesar, Clerk of Court,
Michael Leibman, Prosecuting Attorney,

**Guarantee and Disclaimer: It is not my meaning nor intention to harm, blame, accuse, or terrify anyone, least of all, my employees; it is my intention to secure and defend my Lawful Person from identity theft, inland piracy, and impersonation, and to bring your urgent attention to these issues as referenced, and to lawfully convert offshore criminal enterprises aimed at defrauding and impersonating and misrepresenting my Lawful Person in contravention of solemn International Treaties, solemn Commercial Contracts, International Law, The Constitution of the United States of America, The Constitution of the United States, and my International Will in accord with The Unanimous Declaration of Independence.**

***** The back of each page of this Notice and the margins and the rest of this page have been left blank and are not subject to any Power of Attorney or alteration or conversion. *****

CIRCUIT COURT CLERK SUUM CUIQUE VOLUSIA COUNTY, FLORIDA

STATE OF FLORIDA, VOLUSIA COUNTY
I HEREBY CERTIFY the foregoing is a true copy of the original filed in this office. This
November 15, 2022
Clerk of Circuit Court
STaylor
By: S. Taylor Deputy Clerk
e-signed 11/15/2022