November 21, 2022

**Howard-Berton: Son of Adams**
"a son of The Most High God",
sui juris, sovereign living man
Office of "the people"
Inhabitant of the land of Florida

Leave to file GRANTED

*/s/ Beryl A. Howell*

Beryl A. Howell    Date 12/13/2022
Chief Judge
United States District Court

RE:   NOTICE TO THE COURT
Case Number: 1:21-cr-00358-BAH
UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

To:   Beryl A. Howell acting as JUDGE BERYL A. HOWELL

Dear Judge Beryl A. Howell

## THE PLAINTIFF IS BANKRUPT

It is now <u>common knowledge</u> that The UNITED STATES Inc. (Dunn & Bradstreet #096226982) is a BANKRUPT corporation that has lost it's charter!

Every franchised State of State, and STATE OF STATE, and HOWARD B. ADAMS are all bankrupt entities.

A bankrupt entity attempting to seize assets form a bankrupt franchise entity <u>is</u> **BANKRUPTCY FRAUD!**

The UNITED STATES, Inc. and it's trustees are operating without legal or lawful authority.

When in bankruptcy a corporation cannot function as a business entity in BANKRUPTCY.

The UNITED STATES, Inc. is in receivership and has <u>no authority to conduct business</u>.

Your corporate charter has been <u>revoked</u>.

It is the Plaintiff's responsibility to provide proof that these allegations are incorrect to prove good faith

RECEIVED
Mail Room
NOV 28 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

and competency in this matter.

These statements are true and accurate to the best of my knowledge.

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 22th day of November in the year of our Lord Two Thousand Twenty Two.

By: _____
By: Howard Berton Adams, Jr.© sui juris
"a son of the Most High God" sovereign living man
Inhabitant of the land of Florida

Nichole, Buckmaster & Ellzey

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Thursday, November 17, 2022 3:05 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Motion Hearing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 11/17/2022 at 3:05 PM EDT and filed on 11/17/2022
**Case Name:** USA v. ADAMS
**Case Number:** 1:21-cr-00358-BAH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motions Hearing as to HOWARD B. ADAMS held on 11/17/2022. Defendant failed to appear. Oral Motion by the government for the issuance of an Arrest Warrant, GRANTED; Arrest Warrant issued over the objection of standby defense counsel, Mr. Gregory Smith. Defendant's [47] MOTION for Miscellaneous Relief filed by HOWARD B. ADAMS, DENIED (Order entered by the Court); [33] Unopposed MOTION to Withdraw as Attorney by Jeremy J. Buckmaster, GRANTED. Bond Status of Defendant: Fugitive. Present: Defense Attorneys: Brian A. Cantrell, Jeremy J. Buckmaster, and Charles R. Haskell; US Attorney: Michael C. Liebman; Standby Attorney: Gregory Smith; Pretrial Officer: Christine Schuck. (ztg)

**1:21-cr-00358-BAH-1 Notice has been electronically mailed to:**

Michael Charles Liebman    michael.liebman@usdoj.gov

Charles R. Haskell    charles@charleshaskell.com

Jeremy J. Buckmaster    eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, Jeremy@BuckmasterEllzey.com, Laney@Buckmasterellzey.com, nichole@buckmasterellzey.com

Brian Adam Cantrell    eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, laney@buckmasterellzey.com, nichole@buckmasterellzey.com

Nichole, Buckmaster & Ellzey

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, November 17, 2022 12:01 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cr-00358-BAH USA v. ADAMS Order on Motion to Dismiss Case |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was entered on 11/17/2022 at 12:01 PM EDT and filed on 11/17/2022
Case Name:     USA v. ADAMS
Case Number:   1:21-cr-00358-BAH
Filer:
Document Number: No document attached

Docket Text:
MINUTE ORDER (paperless), as to HOWARD B. ADAMS, DENYING defendant's [34] letter to the Court, which is construed as a Motion to Dismiss Indictment ("Def.'s Mot."), for the reasons already stated in the Minute Order issued on November 1, 2022 denying defendant's [47] Motion for Miscellaneous Relief. Defendant's motion makes a series of difficult-to-follow claims. He contends that "he does not consent to be governed by the United States," and does "not stand under statutes of the United States," which he calls "The UNITED STATES OF AMERICA, INC." Def.'s Mot. at 1. The motion asserts that the U.S. government is a "for profit corporation," based on a flawed reading of a few cherry-picked cases, making the U.S. statutes defendant is accused of violating mere "corporate bylaws," that he is not subject to, as a "living man." Id. at 12. The motion includes a document titled "Declaration of Political Status," id. at 56, seeming to declare his political status as a "Georgian," and his reply brief includes: (1) a "Mandatory Notice" seeming to claim sovereign immunity, [37] Reply at 7, (2) a document titled "Elements of a Contract," with portions indicating the role of consent in the formation of a contract highlighted, id. at 8, (3) a document titled "Revocation of Signature," which alleges that defendant was "completely embarrassed and belittled" by his appearance before a federal court in Orlando related to this case, against his consent, id. at 11-12, and (4) a "Notice for the Record" repeating the same claims that defendant is not a U.S. citizen and not subject to "United States Corporate Law." Id. at 13-14. Defendant further contends that he has "trespassed no man" and "done no harm." Def.'s Mot. at 12.

Defendant's motion is entirely frivolous. The [26] Superseding Indictment charges defendant with violating provisions of Titles 18 and 40 of the United States Code. "'[T]here can be no

1

doubt that Article III permits Congress to assign federal criminal prosecutions to federal courts,' [and] the mere fact that the defendant was within the territory of the United States at the time of the alleged criminal action is 'the beginning and the end of the jurisdictional inquiry.'" *United States v. Brown*, Case No. 22-cr-170 (CKK) 2022 WL 2828996, *4 (D.D.C. July 20, 2022) (quoting *United States v. Underwood*, 726 F. Appx 945, 948 (4th Cir. 2018)). Defendant seems to think that he is not subject to the United States' criminal laws as a fait accompli because he does not believe himself to be a U.S. citizen. The key to personal jurisdiction, however, is not a defendant's citizenship, but where he was during the alleged commission of the crime. Defendant does not dispute that he was in the United States--in fact, in the Nation's Capital city, Washington, D.C. Finally, as to defendant's contention that he has "trespassed no man" and "done no harm," Def.'s Mot. at 12, defendant may raise this argument at trial. Dismissal under Fed. R. Crim. P. 12(b) is granted in only "unusual circumstances." *United States v. Ballestas*, 795 F.3d 138, 148 (D.C. Cir. 2015). That is because, "[w]hen considering a motion to dismiss an indictment, a court assumes the truth of [the indictment's] factual allegations." *Ballestas*, 795 F.3d at 149. The superseding indictment alleges that defendant has in fact done harm--that he participated in a riot at the U.S. Capitol with the intent to obstruct the official proceedings of Congress. At this stage, this Court must take those allegations as true. Accordingly, defendant's [34] motion is DENIED. Signed by Chief Judge Beryl A. Howell on November 17, 2022. (lcbah3)

1:21-cr-00358-BAH-1 Notice has been electronically mailed to:

Michael Charles Liebman    michael.liebman@usdoj.gov

Charles R. Haskell    charles@charleshaskell.com

Jeremy J. Buckmaster    eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, Jeremy@BuckmasterEllzey.com, Laney@Buckmasterellzey.com, nichole@buckmasterellzey.com

Brian Adam Cantrell    eservice@buckmasterellzey.com, Brian@Buckmasterellzey.com, laney@buckmasterellzey.com, nichole@buckmasterellzey.com

1:21-cr-00358-BAH-1 Notice will be delivered by other means to::

HOWARD B. ADAMS



**FOR CLARIFICATION ONLY**

**NOTICE FOR THE RECORD**

Date Received from the Court: 21th day of November in the year of our Lord two thousand twenty two.

I, by affidavit am a declared living American Sovereign standing with Treaty Law of God, do **"REJECT YOUR OFFER TO CONTRACT"** for the following:

1) The UNITED STATES OF AMERICA, Inc. (Dunn & Bradstreet # 096226982) is a **bankrupt** entity attempting to commit **bankruptcy fraud** (see attached). I require proof that the corporation that you represent is not in bankruptcy. Otherwise your offer to contract is **"REJECTED"**.

2) You have falsely accused me of being a Citizen of the **bankrupt UNITED STATES OF AMERICA, Inc., a** British owned corporation.

I require proof, from you, that I am a Citizen of the UNITED STATES of AMERICA, Inc.

3) **You are a "Court of Admiralty"** and it appears that you are bringing UNITED STATES Corporate Law with color outside your jurisdiction on the land of Florida.

4) You are trespassing and criminally attempting to convert corporate statutes with color into lawful criminal codes without chartered regulated and delegated jurisdictional authority.

I require that you provide proof that you **registered or chartered for conducting business on** Florida by my republic state.

All of which is submitted under penalty of perjury to 28 U.S.C. 1746(1) without the UNITED STATES.

Dated this 22st day of November in the year of our Lord Two Thousand Twenty Two.

By: /s/ Howard Berton Adams

By: Howard Berton Adams, Jr.© sui juris

"a son of the Most High God" sovereign living man Inhabitant of the land of Florida

**FOR CLARIFICATION ONLY**