```
         UNITED STATES DISTRICT COURT FOR THE
                 DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) 1:21-cr-00358-BAH |
| | ) |
| **HOWARD B. ADAMS,** | ) |
| | ) |
| Defendant. | ) |

## JOINT SUBMISSION OF PARTIES REGARDING SCHEDULING

The United States of America, by and through the United States Attorney for the District of Columbia, and defendant Howard B. Adams, by and through his counsel of record, in response to the Court's minute Order issued on January 10, 2023, advise the Court as follows:

(1) Within the timeframe offered in the Court's Order, the parties are mutually available on three dates to begin a trial in this matter: March 6, March 7, and May 30, 2023.

(2) If the Court sets the trial for March 6 or 7, 2023, the parties propose a motions schedule as follows:

--motions due February 10, 2023;

--responses/oppositions due February 17, 2023; and

--replies (if any) due February 24, 2023.

(3) If the Court sets the trial for May 30, 2023, the parties propose a motions schedule as follows:

--motions due May 5, 2023;

--responses/oppositions due May 12, 2023;

--replies (if any) due May 19, 2023.

(4) If the Court sets the trial for March 6 or 7, 2023, the parties propose that the Court schedule a pretrial conference on March 1, 2023 at 9:30 a.m.

(5) If the Court sets the trial for May 30, 2023, the parties propose that the Court schedule a pretrial conference on May 24, 2023 at 9:30 a.m.

                          Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

by:  /s/*Michael C. Liebman*             /s/*Gregory S. Smith*
     Michael C. Liebman                  Gregory S. Smith
     Assistant U.S. Attorney             Counsel for defendant Howard B. Adams
     D.C. Bar no. 479562                 D.C. Bar no. 472802
     601 D Street, N.W.                  913 East Capitol Street, S.E.
        room 4-1501
     Washington, D.C.  20530             Washington, D.C.  20003
     (202) 252-7243                      (202) 460-3381
                                (202) 330-5229 (fax)
     michael.liebman@usdoj.gov           gregsmithlaw@verizon.net