# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.         ) | Case No. 1:21-cr-358 (BAH) |
| ) | |
| **HOWARD B. ADAMS**      ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

Please enter the appearance of Gregory S. Smith as appointed counsel to assist Defendant Howard B. Adams, who has chosen to proceed in this case *pro se*.

Undersigned counsel also requests access to all unsealed filings in this case, including but not limited to Docket Nos. 41-44, for which Mr. Adams' requests for *pro se* filings were denied.

Dated: January 13, 2023                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　　　Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　　　913 East Capitol Street, S.E.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20003
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 460-3381
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 330-5229
　　　　　　　　　　　　　　　　　　　　　　　　Email: gregsmithlaw@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify on January 13, 2023 that a copy of the foregoing is being served on all parties automatically, through their counsel of record in this case, via this Court's Electronic Case Filing (ECF) system.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory S. Smith
　　　　　　　　　　　　　　　　　　　　　　　　Gregory S. Smith