AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
JAN 19 2023
Clerk, U.S. District and Bankruptcy Courts

| United States of America | ) |
|---|---|
| v. | ) 6:22-mj-2242 |
| HOWARD B. ADAMS | ) Case No. 21CR358-01 (BAH) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HOWARD B. ADAMS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:
Failure to appear for scheduled court proceedings on November 10, 2022, and November 17, 2022.

Date: 11/17/2022

*Issuing officer's signature*

City and state: _____

Beryl A. Howell, Chief U.S. District Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 11/30/22, and the person was arrested on *(date)* 11/30/22 |
|---|
| at *(city and state)* Daytona, FL |

Date: 11/30/22

*Arresting officer's signature*

S. Pittman CDUSM
*Printed name and title*