UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 21-cr-358-BAH |
| v. | : |
| | : |
| HOWARD B. ADAMS, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Michael L. Jones is entering his appearance in this matter on behalf of the United States. This appearance is in addition to Assistant U.S. Attorney Michael Liebman, who will remain as the lead attorney for the government.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Michael L. Jones*
MICHAEL L. JONES
DC Bar No. 1047027
Trial Attorney
Capitol Riot Detailee
601 D St. NW
Washington, DC 20530
(202) 252-7820
michael.jones@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Michael L. Jones*
Michael L. Jones
Trial Attorney
