# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : No. 1:21CR-00358-BAH |
| | : |
| v. | : |
| | : |
| **HOWARD ADAMS,** | : |
| | : |
| **Defendant.** | : |

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT

**For the Government**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

(  ) There are material/factual inaccuracies in the PSR.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    UNITED STATES ATTORNEY

by:    /s/*Michael C. Liebman*_____
        Assistant United States Attorney
        D.C. Bar No. 479562
        601 D Street, N.W., room 4.1501
        Washington, D.C. 20530
        (202) 252-7243
        michael.liebman@usdoj.gov