**EXHIBIT 14**

