UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:21-CR-00358** |
| | : | **Judge Beryl A. Howell** |
| **HOWARD B. ADAMS,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on March 24, 2023, via USAfx, in relation to the government's sentencing memorandum (ECF No. 66). These exhibits will be offered into evidence during the sentencing hearing on March 31, 2023. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip from an open-source video from a rioter's cell phone. The clip is 10 minutes and 20 seconds. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021. The relevant portions are the first two minutes, and then brief moments at 7:55 and 10:01.

2. Government Exhibit 2 is a clip from an open-source video downloaded from Parler. The clip is 1 minute and 46 seconds. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021. The entire clip is relevant.

3. Government Exhibit 3 is a clip from an open-source video downloaded from Parler. The clip is 43 seconds. The events depicted in in the exhibit occurred in the early afternoon of January 6, 2021.  The entire clip is relevant.

4. Government Exhibit 4 is a clip from closed-circuit video (CCV) from the U.S. Capitol building. The clip is one minute. The events depicted in the exhibit occurred at approximately 2:26 p.m. EST on January 6, 2021.  The relevant portion is the first thirty seconds.

5. Government Exhibit 5 is a clip from Inside Edition. The clip is 6 seconds. The events depicted in the exhibit occurred at approximately 2:26 p.m. EST on January 6, 2021.  The entire clip is relevant.

6. Government Exhibit 6 is a clip from U.S. Capitol building CCV. The clip is eight minutes. The events depicted in the exhibit occurred between 2:28 p.m. and 2:36 p.m. EST on January 6, 2021.  The entire clip is relevant, but the most relevant portions occur between :20 and :50 and between 7:30 and 8:00.

7. Government Exhibit 7 is a clip from the body-worn camera of an officer with the Metropolitan Police Department. The clip is 2 minutes and 49 seconds. The events depicted in the exhibit occurred between 2:51 p.m. and 2:54 p.m. EST on January 6, 2021.  The relevant portion is the first 2 minutes and 20 seconds.

8. Government Exhibit 8 is a clip from an open-source video from a rioter's cell phone. The clip is 12 minutes and 40 seconds. The events depicted in the exhibit occurred approximately between 2:56 p.m. and 3:08 p.m. EST on January 6, 2021.  The relevant portions are between 1:30 and 2:50 and between 11:05 and 12:40.

9. Government Exhibit 9 is a clip from U.S. Capitol building CCV. The clip is nine minutes. The events depicted in the exhibit occurred between 3:01 p.m. and 3:10 p.m. EST on

January 6, 2021.  The entire clip is relevant, but the most relevant portion is between 6:15 and 8:00.

10. Government Exhibit 9a is a clip from U.S. Capitol building CCV. The clip is seven minutes and 44 seconds. The events depicted in the exhibit occurred between 3:02 p.m. and 3:10 p.m. EST on January 6, 2021.  The clip is from the same camera as Government Exhibit 9, for much of the same time as Government Exhibit 9, but it includes annotations to make viewing the video easier.

11. Government Exhibit 10 is a clip from the body-worn camera of an officer with the Metropolitan Police Department. The clip is approximately 2 minutes and 29 seconds. The events depicted in the exhibit occurred approximately between 3:06 p.m. and 3:09 p.m. EST on January 6, 2021.  The entire clip is relevant.

12. Government Exhibit 11 is an audio recording from an interview with Defendant Adams. The clip is approximately 40 minutes and 43 seconds. The recording occurred on January 22, 2021.  The entire clip is relevant, but the portions cited in the government's memorandum are 12:23-44, 16:30-17:00, and 18:45-19:50.  The sound from 7:05 to 7:20 has been removed to protect the defendant's PII.

13. Government Exhibit 13 is a clip from an open-source video from JAYDENX. The clip is 9 minutes and 5 seconds. The events depicted in in the exhibit occurred in the afternoon of January 6, 2021.  The relevant portion is between 6:15 and 6:30.

If the Court accepts these proposed exhibits into evidence on March 31, 2023, the United States takes the position that the entered exhibits should be promptly released to the public.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    */s/ Michael L. Jones*
       MICHAEL L. JONES
       DC Bar No. 1047027
       Trial Attorney
       Capitol Riot Detailee
       601 D St. NW
       Washington, DC 20530
       (202) 252-7820
       michael.jones@usdoj.gov

       Michael C. Liebman
       Assistant U.S. Attorney