# UNITED STATES v. HOWARD B. ADAMS
# Case No. 1:21-CR-358-01 (BAH)

Exhibit B to Sentencing Memorandum

Psychological Report

(being filed separately under seal)