## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 1:21-CR-358-01 (BAH) |
| ) | |
| HOWARD B. ADAMS ) | |
| _____ ) | |

### DEFENDANT'S RESPONSE TO APRIL 7, 2023 MINUTE ORDER

NOW COMES Defendant HOWARD B. ADAMS, by and through undersigned counsel, and files this response to the Court's April 7, 2023 Minute Order, asking for his position on whether photo and video evidence identified in the Government's Notice of Filing of Exhibits (ECF #67) to be used at his sentencing can be made publicly available without restriction.

Defense counsel has spoken to the Assistant U.S. Attorneys, and he understands all "PII"-type information is being redacted from these exhibits; he therefore believes no legal basis exists to exclude those exhibits from being publicly shown/played at the upcoming sentencing hearing. Mr. Adams has received some hate mail and other disturbing correspondence recently, however (as well as previously in this case). He therefore asks that this Court not make copies of these exhibits freely available. The ideal balance between public access and justice (and safety) is one in which any persons interested in seeing the exhibits should plan to attend or watch the hearing.

This 10th day of April, 2023.

                                                  Respectfully submitted,
                                                  _____/s/_____
                                                  Gregory S. Smith
                                                  Law Offices of Gregory S. Smith
                                                  913 East Capitol Street, S.E.
                                                  Washington, D.C. 20003
                                                  Telephone: (202) 460-3381
                                                  gregsmithlaw@verizon.net
                                                  *Counsel for Defendant Howard B. Adams*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document is being served on all counsel of record and other interested parties automatically, through this Court's ECF system.

This 10th day of April, 2022.

_____/s/_____
Gregory S. Smith